United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ileana Grilli, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-20067-Civ-Scola |
| | ) |
| Rare Hospitality Management, LLC, | ) |
| Defendant. | ) |

### Order

    This matter is before the Court on the parties' joint motion to remand this case to state court. (Mot., ECF No. 11.) After careful consideration of the briefing, the record, and the relevant legal authorities, the Court **grants** the joint motion. (**ECF No. 11**.)

    Plaintiff Ileana Grilli initially filed this personal-injury case in Florida state court on December 8, 2022, against Defendant Rare Hospitality Management, LLC ("Rare"). (Not. of Removal, ECF No. 1, ¶¶ 1-5; Am. Compl., ECF No. 1-1, ¶ 3.) Rare removed this case from Florida state court on January 6, 2023, based on diversity jurisdiction. (Not. at ¶ 5.) Now, the Plaintiff and the Defendant jointly request that the Court remand the case to state court because the parties have learned that Rare's member and owner, Darden Restaurants, Inc., is domiciled in Orlando, FL. (Mot., ECF No. 11, at ¶ 4.)

    Because a limited liability company's citizenship for diversity jurisdiction purposes is determined by the citizenship of all of the company's members, and both Rare's member and Plaintiff Grilli are Florida citizens, the parties are not diverse. *Rolling Greens MHP v. Comcast SCH Holdings, LLC*, 374 F.3d 1020, 1021-22 (11th Cir. 2004); 28 U.S.C. § 1332. Accordingly, the Court lacks jurisdiction, and remand is proper here.

    For the reasons stated above, the Court **grants** the joint motion to remand (**ECF No. 11**) and **remands** the case to state court. The Court **directs** the Clerk to **close** this case and take all necessary steps to ensure the prompt remand of this matter and the transfer of this file back to the **Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County**. Any pending motions are **denied** as moot.

    **Done and ordered** in Miami, Florida, on March 3, 2023.

Robert N. Scola, Jr.
United States District Judge